IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MYRNA E. COHEN,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 09-3614 |
| **MICHAEL J. ASTRUE, Commissioner of Social Security,** | : | |
| Defendant. | : | |

**O R D E R**

AND NOW, this 25th day of February, 2011, upon consideration of plaintiff's Complaint, requesting review of a decision of the Commissioner (Document No. 3, filed August 11, 2009), Defendant's Answer (Document No. 6, filed October 26, 2009), Plaintiff's Statement of Issues in Support of Request for Review (Document No. 13, filed March 24, 2010), and Defendant's Response to Request for Review of Plaintiff Statement of Facts (Document No. 14, filed April 26, 2010), after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport (Document No. 16, filed August 31, 2010), Plaintiff's Objections to the Report and Recommendations of Honorable Magistrate Judge Arnold C. Rapoport (Document No. 19, filed September 30, 2010), and Defendant's Response to Plaintiff's Objections to the Report and Recommendation of Magistrate Judge Arnold C. Rapoport (Document No. 23, filed October 28, 2010), for the reasons set forth in the Memorandum dated February 25, 2011, **IT IS ORDERED** as follows:

1

1. The Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport (Document No. 16, filed August 31, 2010) is **APPROVED AND ADOPTED**;

2. Plaintiff's Request for Review of the decision of the Commissioner is **DENIED**;

3. Plaintiff's Objections to the Report and Recommendation of Magistrate Judge Arnold C. Rapoport (Document No. 19, filed September 30, 2010) are **OVERRULED**;

4. Plaintiff's Request for Remand is **DENIED**; and

5. The Clerk shall **MARK** the case **CLOSED**.

**BY THE COURT:**

 **/s/ Hon. Jan E. DuBois** 

**JAN E. DUBOIS, J.**